UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASTOR,<br>        Plaintiff,<br>   v.<br>MILGROM,<br>        Defendant. | Case No. 18-cv-07421-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff and Defendant in the above-entitled matter having failed to appear at the case management conference on October 3, 2019, and neither party having filed a case management conference statement. Further, parties are in non-compliance with the Court's orders,

THE COURT hereby issues an **ORDER TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held **November 7, 2019 at 10:00 a.m.** If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 4, 2019

_____
EDWARD M. CHEN
United States District Judge